170 So. 918

**Jack CURRY v. STATE.**

**I Div. 259.**

Court of Appeals of Alabama.
Nov. 17, 1936.

SAMFORD, Judge.
Appeal dismissed.

175 So. 921

**Vant DALTON v. STATE.**

**7 Div. 265.**

Court of Appeals of Alabama.
June 8, 1937.

SAMFORD, Judge.
Appeal dismissed.

170 So. 918

**Johnnie DAUGHERTY v. STATE.**

**2 Div. 589.**

Court of Appeals of Alabama.
Nov. 3, 1936.

SAMFORD, Judge.
Affirmed.

168 So. 904

**Earl DAVIS v. STATE.**

**6 Div. 936.**

Court of Appeals of Alabama.
May 5, 1936.

RICE, Judge.
Appeal dismissed.

174 So. 899

**Madison DAVIS v. STATE.**

**5 Div. 21.**

Court of Appeals of Alabama.
April 20, 1937.

SAMFORD, Judge.
Appeal dismissed.

174 So. 899

**Oshie DAVIS v. STATE.**

**8 Div. 454.**

Court of Appeals of Alabama.
May 25, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

174 So. 899

**Marvin DAW v. STATE.**

**6 Div. 103.**

Court of Appeals of Alabama.
May 11, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.

173 So. 918

**Frank DEAN v. STATE.**

**8 Div. 395.**

Court of Appeals of Alabama.
Feb. 2, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed.